UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Sealed                                                                                    Sealed

CASE NO. 95-1354-CV-GOLD    Sealed

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

v.

**SEALED,**

    Defendant(s),

MAGISTRATE JUDGE Bowle

FILED by _____ D.C.
May 20, 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

MAGISTRATE JUDGE Mbb

05 11084 DPW

**CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT**

Pursuant to the Order of Transfer entered on **December 29, 2004**, the above-styled case is hereby transferred to the **District of Massachusetts**. Enclosed are certified copies of the Order of Transfer, the Court's docket sheet and Notice of Filing Redacted Fourth Amended Complaint pursuant to Court Order. The case record is **sealed**.

DONE at the Federal Courthouse Square, Miami, Florida, this 20 day of May 2005.

                                        CLARENCE MADDOX,
                                        Court Administrator • Clerk of Court

                                        By: _____
                                        Amy Jordan
                                        Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
301 North Maimi Avenue, Rm 150
Miami, Florida 33128

**Received By:** _____

**New Case No.** _____