UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES,<br><br>          Plaintiff,<br><br>v.<br><br>DEY, INC.; EM PHARMA, INC.; EMD PHARMACEUTICALS, INC.; LIPHA, S.A.; MERCK-LIPHA, S.A.; and MERCK KGaA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 05-11084-MEL<br>)  (Consolidated with certain<br>)  claims severed from No. 00-<br>)  10698-MEL)<br>)  **FILED IN CAMERA AND**<br>)  **UNDER SEAL**<br>)<br>)<br>) |

## PLAINTIFF VEN-A-CARE'S MOTION FOR LEAVE TO AMEND COMPLAINT BY ADOPTING UNITED STATES' COMPLAINT IN INTERVENTION

On or about August 22, 2006, the United States intervened in this action as to defendants Dey, Inc., Dey L.P., Inc. and Dey, L.P. ("Dey").

Pursuant to 31 U.S.C. § 3730(c)(1), Ven-A-Care has the right to continue as a party to the action against Dey and elects to exercise that right. Accordingly, Ven-A-Care moves, pursuant to Rule 15, Federal Rules of Civil Procedure, for leave to amend its complaint as to Dey by adopting the United States' Intervention Complaint as Ven-A-Care's complaint against Dey and by adding a request to the United States' Intervention Complaint that the Relator receive the maximum share of the proceeds of the action or settlement of the claim provided by law, and reasonable expenses necessarily incurred,

Civil Action No. 05-11084-MEL

plus reasonable attorneys' fees and costs.[1]  Attached as **Exhibit "A"** is Ven-A-Care's

Complaint Adopting United States' Complaint in Intervention Against Dey, Inc., Dey L.P.,

Inc., Dey, L.P.  and Requesting Additional Relief.

Respectfully submitted,

Attorneys for the Relator
VEN-A-CARE OF THE FLORIDA KEYS, INC.

Jonathan Shapiro
BBO No.  454220
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
Phone:  617-742-5800


James J. Breen
Floirda Bar No: 0297178
Alison W. Simon
Florida Bar No. 0109568
THE BREEN LAW FIRM, P.A.
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Telephone: 954-874-1635
Facsimile: 954-874-1705
jbreen@breenlaw.com
alisonsimon@breenlaw.com

---

[1] The United States filed its Ex Parte Motion to Sever and Transfer Certain Claims Against
Defendants Dey, Inc. EM Pharma, Inc., EMD Pharmaceuticals, Inc., Lipha S.A., Merck-Lipha,
S.A. and Merck KgaA on August 22, 2006 requesting the Court sever and transfer certain claims
in the above captioned action. The Relator expressly does not dismiss its claims against Dey that
are subject to the transfer to the District of New Hampshire. As noted in the United States'
Motion, the claims against Dey at issue in the transfer were originally severed from Civil Action
No. 00-10698.

Civil Action No. 05-11084-MEL

# EXHIBIT "A"

Case 1:05-cv-11084-PBS    Document 185    Filed 08/23/2006    Page 3 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES,<br><br>        Plaintiff,<br><br>v.<br><br>DEY, INC.; EM PHARMA, INC.; EMD PHARMACEUTICALS, INC.; LIPHA, S.A.; MERCK-LIPHA, S.A.; and MERCK KGaA,<br><br>        Defendants. | Civil Action<br>No. 05-11084-MEL<br>(Consolidated with certain claims severed from No. 00-10698-MEL)<br>**FILED IN CAMERA AND UNDER SEAL** |

**PLAINTIFF VEN-A-CARE'S COMPLAINT
ADOPTING UNITED STATES' COMPLAINT IN INTERVENTION AGAINST
DEY, INC., DEY L.P., INC. AND DEY, L.P. AND REQUESTING ADDITIONAL RELIEF**

COMES NOW, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "the Relator"), and through the undersigned attorneys on the Relator's own behalf and joins the UNITED STATES' Complaint in Intervention against Dey, Inc., Dey L.P., Inc. and Dey, L.P. ("Dey") and additionally states as follows:

1.      Pursuant to 31 U.S.C. § 3730(c)(1), Ven-A-Care has the right to continue as a party to the action against Dey and elects to exercise that right.

2.      Ven-A-Care adopts the United States' Intervention Complaint as Ven-A-Care's complaint against Dey and incorporates herein all allegations and requests for relief against Dey as stated by the United States.

3.      In addition, the Relator requests that it receive: the maximum share of the proceeds of the action or settlement of the claim provided by law plus reasonable attorneys' fees and costs.

Civil Action No. 05-11084-MEL

## PRAYER FOR RELIEF

WHEREFORE, the Relator demands and prays that judgment be entered in its favor

against Dey, Inc., Dey L.P., Inc., and Dey L.P. as stated in the Prayer for Relief asserted

by the United States in the United States' Complaint against Dey. Furthermore, Ven-A-

Care requests that it receive the maximum share of the proceeds of the action or

settlement of the claim provided by law plus reasonable attorneys' fees and costs and any

other relief available by law.

DATED this __23__ day of __August__, 2006.

Respectfully submitted,

Attorneys for the Relator
VEN-A-CARE OF THE FLORIDA KEYS, INC.

Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
Phone:  617-742-5800

James J. Breen
Floirda Bar No: 0297178
Alison W. Simon
Florida Bar No. 0109568
THE BREEN LAW FIRM, P.A.
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Telephone: 954-874-1635
Facsimile: 954-874-1705
jbreen@breenlaw.com
alisonsimon@breenlaw.com

Civil Action No. 05-11084-MEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __23__ day of August, 2006, a true and correct copy of the foregoing was sent to the United States via email to Laurie Oberembt, Trial Attorney, Room 9226, Patrick Henry Building 601 "D" Street, N.W., Washington, DC 20044, Laurie.Oberembt@usdoj.gov and George B. Henderson, II, Assistant U.S. Attorney, United States Courthouse, 1 Courthouse Way - Suite 9200, Boston, MA 02210, George.Henderson2@usdoj.gov.

Jonathan Shapiro /cf

JONATHAN SHAPIRO