UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES,<br><br>Plaintiff,<br><br>v.<br><br>DEY, INC.; EM PHARMA, INC.; EMD PHARMACEUTICALS, INC.; LIPHA, S.A.; MERCK-LIPHA, S.A.; and MERCK KGaA,<br><br>Defendants. | ) Civil Action<br>) No. 05-11084-MEL<br>) (Consolidated with certain<br>) claims severed from No. 00-<br>) 10698-MEL)<br>) **FILED IN CAMERA AND**<br>) **UNDER SEAL** |

## ORDER

Plaintiff Ven-A-Care's Motion for Leave to Amend its Complaint By Adopting the United States' Intervention Complaint, is GRANTED and the Plaintiff Ven-A-Care's Complaint Adopting United States' Complaint in Intervention Against Dey, Inc., Dey L.P., Inc. and Dey, L.P. and Requesting Additional Relief, attached to its motion, is deemed filed.

Signed this 25 day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE