UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Hon. Patti B. Saris |
| ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS )<br>)<br>)<br>) | |

**UNITED STATES' MOTION TO RESCHEDULE HEARING ON
DEY DEFENDANTS' MOTION TO DISMISS THE UNITED STATES' COMPLAINT**
(ASSENTED TO)

On March 26, 2007, the Court scheduled a hearing for April 11, 2007, on the Dey defendants' motion to dismiss the United States' complaint. Due to a medical issue concerning a close family member of Department of Justice counsel, the United States, with the consent of the Dey defendants and relator, hereby requests that the hearing be rescheduled for April 25 or 26, 2007.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　ASSISTANT ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　By:　 /s/ George B. Henderson, II
　　　　　　　　　　　　　GEORGE B. HENDERSON, II
　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　United States Courthouse
　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　(617) 748-3272

        JOYCE R. BRANDA
        DANIEL R. ANDERSON
        JOHN K. NEAL
        LAURIE A. OBEREMBT
        Civil Division
        Commercial Litigation Branch
        P. O. Box 261
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 514-3345

## CERTIFICATION

    The undersigned counsel certifies pursuant to LR 7.1(a)(2) that counsel have conferred on the issue raised in this motion, and Relator and Defendants consent to this motion.

        /s/ George B. Henderson, II
        George B. Henderson, II

Dated: April 2, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' MOTION TO RESCHEDULE HEARING ON DEY DEFENDANTS' MOTION TO DISMISS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

        /s/ George B. Henderson, II
Dated: April 2, 2007        George B. Henderson, II