

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Writer's Direct Dial Number:
(617) 748-3272
Telecopier (617) 748-3971

John Joseph Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

July 3, 2008

The Honorable Patti B. Saris
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, relating to *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Judge Saris:

I write with the consent of the defendants Dey, Inc., Dey L.P., Inc., and Dey L.P. ("Dey") in response to your direction at the June 18, 2008, hearing that the United States and Dey confer and provide the Court with a status report on mediation proceedings. The United States and Dey have conferred and contacted mediator Eric Green. The parties have scheduled a two-day mediation session on September 18-19, 2008. The parties will report to the Court after the session.

Sincerely,

George B. Henderson, II
Assistant U.S. Attorney

cc:   Paul F. Doyle, Esq.
      Neil Merkl, Esq.
      Laurie A. Oberembt, Esq.
      James J. Breen, Esq.