IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re: PHARMACEUTICAL INDUSRY** ) | |
| **AVERAGE WHOLESALE PRICE** ) | **MDL No. 1456** |
| **LITIGATION** ) | **Master File No. 01-CV-12257-PBS** |
| ) | |
| ) | **Hon. Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| *United States of America ex rel. Ven-A-Care* ) | |
| *of the Florida Keys, Inc.,et al., v. Dey, Inc., et al.* ) | |
| *Civil Action No. 05-11084-PBS* ) | |

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that Marjory P. Albee, Esquire address is now Berger & Montague, P.C 1622 Locust Street, Philadelphia PA 19103 (215) 875-3064. All future correspondence should be directed accordingly.

        Respectfully Submitted,

        **VEN-A-CARE OF THE**
        **FLORIDA KEYS, INC.**

        By its attorneys,

        BERGER & MONTAGUE, P.C

Dated: August 15, 2008        By:    ss://MARJORY P. ALBEE
                          Marjory P. Albee, Esquire
                          Berger & Montague, P.C
                          1622 Locust Street
                          Philadelphia, PA 19103
                          (215) 875-3064

## CERTIFICATE OF SERVICE

I, Marjory P. Albee certify that I have this day caused an electronic copy of the above document to be served on all counsel of record by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

| | |
|---|---|
| August 15, 2008 | ss:/ Marjory P Albee<br>Marjory P. Albee |